NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001070
05-MAR-2014
08:23 AM

NOS. CAAP-12-0001070 and CAAP-13-0000055

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GARY KARAGIANES, Appellant-Appellant, v.
HAWAI'I OMBUDSMAN, ROBIN K. MATSUNAGA, Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2213-08)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Motion for Reconsideration filed February 26, 2014 by Appellant-Appellant Gary Karagianes, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, March 5, 2014.

Chief Judge

Associate Judge

Associate Judge